J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

JS-6

Paul G. Juettner
Thomas R. Fitzsimons
Tanja Proehl
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone:  (312) 360-0080
Facsimile:   (312) 360-9315

Attorneys for Plaintiff
Deckers Outdoor Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deckers Outdoor Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Binder Production Pty Ltd. d/b/a JUMBO UGG, Jamlike Enterprises Pty Ltd., Roman Borisov, an individual, Lana Kaper, an individual, and Michael Kaper, an individual<br><br>　　　　　Defendants. | Case No. 13-cv-04723-GAF-RZ |

ORDER OF INJUNCTION AND CONSENT DECREE

IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

(1) Before the Court is Plaintiff, Deckers Outdoor Corporation's ("Deckers") Complaint asserting trademark infringement, trademark dilution, unfair competition, cybersquatting and design patent infringement claims against Binder Production Pty Ltd. d/b/a JUMBO UGG, Jamlike Enterprises Pty Ltd., Roman Borisov, an individual, Lana Kaper, an individual, and Michael Kaper, an individual (collectively, the "Defendants").

(2) Without the taking of any testimony, and without any admission of fault or wrongdoing, the parties are hereby willing to enter the following consent judgment and order of injunction. On the basis of the materials submitted to the Court, the Court enters the following PERMANENT INJUNCTION to take effect immediately:

(3) Defendants, their representative agents, employees, officers, or other persons who are in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are permanently ENJOINED from:

    (a) Infringing, directly or contributorily, in any manner the UGG® trademark owned by Deckers shown in U.S. Trademark Registration No. 3,050,902, U.S. Trademark Registration No. 3,050,903, and in U.S. Trademark Registration No. 3,050,925 (collectively the "Deckers Trademarks"), true and correct copies of which are attached hereto as Exhibits A, B and C and by this reference made a part of this Order, including but not limited to:

        (i) Offering to sell, selling, causing to be sold, advertising, or distributing any unauthorized product that bears the Deckers Trademarks in the United States;

        (ii) Engaging in any other activity in, or directed at the United States, that infringes the Deckers Trademarks including infringing by distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying

or otherwise disposing of any unauthorized products, including but not limited to, footwear and related merchandise, bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Deckers Trademarks;

    (b) Infringing, directly or contributorily, in any manner U.S. Patent No. D599,999 (a true and correct copy of which is attached hereto as Exhibit D and by this reference is herein incorporated);

    (c) Aiding, abetting, contributing to or otherwise assisting anyone in the acts enjoined in this Order;

(4) This Order shall inure to the benefit of and shall be enforceable by Deckers and its successors and assigns as pertains to the Deckers Trademarks and the D599,999 U.S. Patent.

(5) Deckers stipulates that upon entry of this Permanent Injunction, it will not seek compensation from Defendants for any past infringement of the Deckers Trademarks and the D599,999 U.S. Patent, except on the terms set forth in the Settlement Agreement between Deckers and Defendants executed concurrently herewith.

WHEREFORE, this PERMANENT INJUNCTION shall take effect immediately, the parties to bear their own costs.

Dated this 14th day of February 14, 2014
Los Angeles, California

                                    */s/ Gary Feess*

                                    _____

JS-6                              Gary A. Feess
                                 United Stated District Court Judge

Agreed to by:

                                    /s/ _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thomas Garcia
Deckers Outdoor Corporation


/s/ _____
Binder Production Pty Ltd.
d/b/a JUMBO UGG


/s/ _____
Jamlike Enterprises Pty Ltd.,


/s/ _____
Roman Borisov


/s/ _____
Lana Kaper


/s/ _____
Michael Kaper

EXHIBIT A

UGG U.S. Registration No. 3,050,902

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26 and 46

United States Patent and Trademark Office    Reg. No. 3,050,902
Registered Jan. 24, 2006

TRADEMARK
PRINCIPAL REGISTER

UGG

DECKERS OUTDOOR CORPORATION (DELA-
   WARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

   FOR: WATER AND STAIN REPELLANT FOR USE ON SHEEPSKIN AND LEATHER, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

   FIRST USE 1-1-1989; IN COMMERCE 1-1-1989.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-686,794, FILED 8-5-2005.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
  NEY

# EXHIBIT B

UGG U.S. Registration No. 3,050,903

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**   Reg. No. 3,050,903
Registered Jan. 24, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# UGG

DECKERS OUTDOOR CORPORATION (DELAWARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

FOR: CLEANER AND CONDITIONER FOR USE ON SHEEPSKIN AND LEATHER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-1-1989; IN COMMERCE 1-1-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-686,857, FILED 8-5-2005.

BARBARA A. LOUGHRAN, EXAMINING ATTORNEY

EXHIBIT C

UGG U.S. Registration No. 3,050,925

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**    Reg. No. 3,050,925
Registered Jan. 24, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

# UGG

DECKERS OUTDOOR CORPORATION (DELA-
   WARE CORPORATION)
495-A SOUTH FAIRVIEW AVENUE
GOLETA, CA 93117

   FOR: MEN'S, WOMEN'S AND CHILDREN'S FOOTWEAR, NAMELY, BOOTS, SHOES, CLOGS, SLIPPERS; MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, COATS, JACKETS, PONCHOS; WOMEN'S CLOTHING, NAMELY, SKIRTS, MUFFS; CHILDREN'S BUNTINGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-28-1979; IN COMMERCE 12-28-1979.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-976,129, FILED 1-21-2005.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
   NEY

EXHIBIT D

U.S. Patent No. D599,999



## (12) United States Design Patent
### MacIntyre

(10) Patent No.: **US D599,999 S**
(45) Date of Patent: ** Sep. 15, 2009

(54) PORTION OF A FOOTWEAR UPPER

(75) Inventor: Jennifer MacIntyre, Santa Barbara, CA (US)

(73) Assignee: Deckers Outdoor Corporation, Goleta, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/326,868

(22) Filed: Oct. 27, 2008

(51) LOC (9) Cl. .................................... 02-99
(52) U.S. Cl. .................... D2/970; D2/911; D2/946
(58) Field of Classification Search ........... D2/896, D2/909–915, 946, 970, 973, 974; 36/45, 36/50.1, 83, 3 A, 7.1 R, 113
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D125,568 S | * | 3/1941 | Hard | D2/911 |
| D155,573 S | * | 10/1949 | Bingham | D2/910 |
| D159,577 S | * | 8/1950 | Stromberg | D2/900 |
| D159,761 S | * | 8/1950 | Barron | D2/910 |
| D227,107 S | * | 6/1973 | Fukuoka | D2/910 |
| D319,332 S | * | 8/1991 | Izkowitz | D2/910 |
| D481,863 S | * | 11/2003 | Belley et al. | D2/970 |
| D529,269 S | * | 10/2006 | Belley et al. | D2/970 |
| D539,024 S | | 3/2007 | Belley et al. | |
| D581,140 S | | 11/2008 | Earle | |

FOREIGN PATENT DOCUMENTS

DE 40702148 8/2007

EP 00718002-0006 4/2007

OTHER PUBLICATIONS

UGG Australia, Bipster model, p. 1, Oct. 3, 2008.
UGG Australia, Henry model, p. 1, Oct. 3, 2008.
UGG Australia, Erin model, p. 1, Oct. 3, 2008.
UGG Australia, Cove model, p. 1, Oct. 27, 2008.
UGG Australia, Kora model, p. 1, Oct. 27, 2008.
Catalogue Moscow Shoes, summer 2006, p. 2 top center.
Steve Madden MISSYY Brown Suede boot, www.jildenshoes.com, Dec. 9, 2008.

* cited by examiner

Primary Examiner—Stella M Reid
Assistant Examiner—Rashida C McCoy
(74) Attorney, Agent, or Firm—Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a portion of a footwear upper, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a portion of a footwear upper showing my new design;
FIG. 2 is a side elevational view thereof;
FIG. 3 is an opposite side elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a rear elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The broken lines in FIGS. 1–7 represent portions of the footwear that form no part of the claimed design. The broken line which defines the bounds of the claimed design forms no part thereof.

**1 Claim, 6 Drawing Sheets**









FIG. 5

FIG. 4

U.S. Patent  Sep. 15, 2009  Sheet 5 of 6  US D599,999 S

FIG. 6

